UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RANDY EUGENE BERKSHIRE,

      Plaintiff,

v.

SHANE JACKSON et al.,

      Defendants.
_____/

Case No. 1:22-cv-241

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** to his ability to pursue those claims in state court.

Dated:  July 8, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge