FILED
Feb 23, 2023
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-1653

RANDY EUGENE BERKSHIRE, II,

 Plaintiff-Appellant,

v.

SHANE JACKSON; ERICK VISSER,

 Defendants-Appellees.

Before: BOGGS, GRIFFIN, and MATHIS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

 THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

 IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk