# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 17, 2023

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

         Re:  Case No. 22-1653, *Randy Berkshire v. Shane Jackson, et al*
              Originating Case No. 1:22-cv-00241

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                              Sincerely yours,

                              s/Robin L Baker, Case Manager for
                              Sharday S. Swain, Case Manager
                              Direct Dial No. 513-564-7027

cc:  Randy Eugene Berkshire II

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1653

_____

Filed: March 17, 2023

RANDY EUGENE BERKSHIRE, II

    Plaintiff - Appellant

v.

SHANE JACKSON; ERICK VISSER

    Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 02/23/2023 the mandate for this case hereby issues today.

COSTS:  None